UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB et al., <br><br> Plaintiffs, <br><br> v. <br><br> DAVID HAGER et al., <br><br> Defendants. | Case No.  2:23-cv-03059-SB-MRW <br><br> ORDER TO SHOW CAUSE RE: LACK OF PROSECUTION |

    Generally, a plaintiff must serve process on defendants within 90 days of the filing of the complaint.  *See* Fed. R. Civ. P. 4(m).  This matter was filed on April 21, 2023.  Dkt. No. 1.  More than 90 days have passed since the complaint in this case was filed, and Plaintiffs have not filed a proof of service for any Defendant.  Plaintiffs are ordered to show cause, in writing, no later than July 28, 2023, why this action should not be dismissed for lack of prosecution.

    The Court will consider as an appropriate response to this Order to Show Cause the filing of proof(s) of service showing that Defendants were served within the 90-day period or a showing of good cause to extend the service period.  Failure to respond to the Order to Show Cause will be construed as consent to dismissal and will result in the dismissal of the action in its entirety without prejudice.

    IT IS SO ORDERED.

Date: July 22, 2023

                                             Stanley Blumenfeld, Jr.
                                             United States District Judge