UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB et al., <br><br> Plaintiffs, <br><br> v. <br><br> DAVID HAGER et al., <br><br> Defendants. | Case No. 2:23-cv-03059-SB-MRW <br><br> ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION |

    On July 28, 2023, Plaintiffs filed proof that Defendants David Hager and Judith Hager were served in this matter on July 11, 2023. Dkt. Nos. 14, 15. Defendants' responsive pleadings were due on August 1, 2023. None has been filed, and Plaintiffs have not sought entry of default as to either Defendant. Plaintiffs are ordered to show cause, in writing, no later than August 14, 2023, why their claims against Defendants should not be dismissed for lack of prosecution.

    The Court will consider as an appropriate response to this Order to Show Cause the filing, on or before the above date, of an application for entry of default under Rule 55(a). No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15.

    Upon receipt of the remedy mentioned above, this Order to Show Cause will be automatically discharged without further order. Failure to timely respond to the Order to Show Cause will be deemed consent to the dismissal without prejudice of Plaintiffs' claims against Defendants.

    IT IS SO ORDERED

Date: August 7, 2023

                                                                          Stanley Blumenfeld, Jr.
                                                                        United States District Judge